No. 68872.—R. J. Saunders & Co., Inc. *v.* United States, protests 63/18348, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of liquid air engines and parts similar in all material respects to those the subject of Abstract 66095, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 9, 1964

No. 68873.—Polk's Model Craft Hobbies, Inc. *v.* United States, protests 58/10649, 60/6258(B), and 60/926(B) (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature figures of people or pieces of equipment and other HO gauge railroad accessories the same in all material respects as those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiff was sustained.

No. 68874.—Panation Trade Co. and W. J. Byrnes & Co. of New York, Inc. *v.* United States, protest 60/17954 (New York).

Opinion by OLIVER C.J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of Abstract 66761, the claim of the plaintiffs was sustained.